In the Matter of the Probate of the Will of SARAH ISHAM, Deceased.

STANTON LOWE et al., Appellants; HAROLD T. SMITH, as Executor, Respondent.

Argued October 15, 1941; decided November 19, 1941.

*S. J. Mauhs* for appellants.

*Wallace H. Sidney* for respondent.

Order affirmed, with costs payable out of the estate. **No** opinion.

Concur: LOUGHRAN, FINCH, RIPPEY and DESMOND, JJ. Dissenting: LEHMAN, Ch.ʲ J., LEWIS and CONWAY, JJ.